UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Felix et al | Case No. 6:19-cv-01680 |
| Versus | Judge Michael J Juneau |
| Murphy et al | Magistrate Judge Carol B Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Remand filed by Plaintiffs, Paige Felix and D'Saree Alfred, [Rec. Doc. 5] be **DENIED.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 6th day of April, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE